```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

ROBERTO VIERA,

              Plaintiff,

  - against -

ANTHONY GALLO, ET AL.,

              Defendants.

24-cv-8731 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

    As discussed at the telephone conference held today, the plaintiff may file an Amended Complaint on or before **February 14, 2025**. The defendants should move or answer by **March 7, 2025**. No pre-motion conference is necessary. The plaintiff should respond by **March 28, 2025**. The defendants may reply by **April 11, 2025**. If the defendants do not file a motion to dismiss, the parties should submit a 26(f) report by **March 28, 2025**.

SO ORDERED.

Dated:    New York, New York
            January 30, 2025

                                              _____
                                                 John G. Koeltl
                                          United States District Judge